RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_pugh@fd.org

Attorney for Richard Whittaker

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-455-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| RICHARD WHITTAKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elhan Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Richard Whittaker, that the Preliminary Hearing currently scheduled on July 12, 2016 at 4:00 p.m., be vacated and continued to for fourteen (14) days, to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1.      The parties have initiated discussions regarding resolving the case pre-indictment.

2.      Parties agree to the continuance.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the first request for continuance filed herein.

DATED this 7th day of July, 2016.

RENE L. VALLADARES                        DANIEL G. BOGDEN
Federal Public Defender                   United States Attorney


   */s/ Brian Pugh*                          */s/ Elham Roohani*
By_____        By_____
BRIAN PUGH                                ELHAM ROOHANI
Assistant Federal Public Defender         Assistant United States Attorney

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

RICHARD WHITTAKER,

           Defendant.

Case No. 2:16-mj-455-GWF

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 12, 2016 at the hour of 4:00 p.m., be vacated and continued to July 26, 2016 t the hour of 4:00 p.m.

    DATED this 11th of July, 2016.

                                  *George Foley Jr.*

                          UNITED STATES MAGISTRATE JUDGE

3